# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY S. GEDAN and SUSAN L. GEDAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) ) Civil Action No.: 1:23-cv-00239 |
| and | ) ) |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, | ) ) ) ) |
| and | ) ) |
| THE COLONNADE CONDOMINIUM COUNCIL OF CO-OWNERS A/K/A THE COLONNAGE CONDOMINIUM ASSOCIATION. | ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

The Travelers Home and Marine Insurance Company ("Travelers"), by counsel, hereby files this Notice of Removal pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows for its Notice of Removal:

1. This civil action commenced in the Superior Court of the District of Columbia on January 13, 2023, with the filing of a Complaint by Plaintiffs Barry S. Gedan and Susan L. Gedan styled *Barry S. Gedan and Susan L. Gedan v. Philadelphia Indemnity Insurance Company, The Travelers Home and Marine Insurance Company and The Colonnade Condominium Council of Co-Owners a/k/a The Colonnade Condominium Association*, Case No. 2023-CAB-000236.

2. Attached hereto as Exhibit A and made part hereof is a copy of all the process, orders, and pleadings filed and/or served in this action, including the Complaint.

3. A copy of the Complaint (and Summons) was served on Travelers' registered agent on January 20, 2023. This Notice of Removal is timely filed—within 30 days after Travelers was served with the Summons and Complaint (the initial pleading setting forth Plaintiff's claim for relief upon which this action is based).

4. Plaintiff Barry S. Gedan is and was, both at the time of the commencement of this action and at the time of filing of this Notice of Removal, a citizen of the State of New York.

5. Plaintiff Susan L. Gedan is and was, both at the time of the commencement of this action and at the time of filing of this Notice of Removal, a citizen of the State of New York.

6. Defendant Philadelphia Indemnity Insurance Company ("PIIC") is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in Pennsylvania and therefore, a citizen of Pennsylvania.

7. Defendant Travelers is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Connecticut (incorporated in Connecticut) with its principal place of business in Connecticut and, therefore, a citizen of Connecticut.

8. Defendant The Colonnade Condominium Council of Co-Owners a/k/a The Colonnade Condominium Association (the "Association") is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, an unincorporated association with its principal place of business in the District of Columbia and therefore, a citizen of the District of Columbia.

9. Plaintiff seeks damages in the amount of $160,000.00, plus punitive and exemplary damages in the amount of $10,000,000.00. Accordingly, the amount in controversy is more than $75,000.00 (exclusive of interests and costs) as is sufficient for the diversity jurisdiction of this Court.

10. This action is a civil action over which the Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and which is removable pursuant to 28 U.S.C. § 1441 in that:

   (a) The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs; and

   (b) Plaintiffs were and are, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, citizens of the State of New York; and

   (c) Defendant PIIC is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Pennsylvania (incorporated in Pennsylvania) with its principal place of business in Pennsylvania and, therefore, a citizen of Pennsylvania; and

   (d) Defendant Travelers is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Connecticut (incorporated in Connecticut) with its principal place of business in Connecticut and, therefore, a citizen of Connecticut; and

   (e) Defendant Condominium Association is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, an unincorporated association with its principal place of business in the District of Columbia, and, therefore, a citizen of the District of Columbia.

11. Travelers will promptly give written notice of the filing of this Notice of Removal to Plaintiffs and will promptly file a copy of this Notice with the Superior Court of the District of Columbia.

12. Plaintiffs have requested a jury trial in this action.

WHEREFORE, The Travelers Home and Marine Insurance Company hereby requests that this action be removed from the Superior Court of the District of Columbia to the United States

District Court for the District of Columbia, pursuant to this Notice of Removal, and that the Court assume jurisdiction over this action.

                                          **Respectfully submitted,**

                                          **THE TRAVELERS HOME AND MARINE INSURANCE COMPANY**

                                          By: /s/ John B. Mumford, Jr.
                                                   **Counsel**

John B. Mumford, Jr. (DC Bar No. 1027364)
HANCOCK, DANIEL & JOHNSON P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile:  (804) 967-9888
jmumford@hancockdaniel.com
*Counsel for The Travelers Home and Marine Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2023, a copy of the foregoing was sent via first class mail, postage pre-paid to the following:

Barry S. Gedan
Susan L. Gedan
17 Senate Place
Larchmont, New York 10538
Telephone: (914) 968-0300
gedanman@gedanlaw.com
*Pro Se Plaintiffs*

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (DC Bar No. 1027364)
HANCOCK, DANIEL & JOHNSON P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for The Travelers Home and Marine Insurance Company*